IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GLENDALE STEWART,

    Plaintiff,

v.

REGINALD MOODY,
MADISON AREA TECHNICAL
COLLEGE/MADISON COLLEGE
(OFFICIALS AND STAFF MEMBERS),
RICHARD RICE, FOX & FOX,
CAPITAL NEWSPAPERS, INC. and
CAPITAL TIMES NEWSPAPERS,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-338-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case for plaintiff's failure to state a claim upon which relief may be granted.

By: _[signature]_ Deputy Clerk      8-21-12
Peter Oppeneer, Clerk of Court      Date